E-FILED
Tuesday, 27 June, 2006  09:43:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KANSAS CITY SOUTHERN RAILWAY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 05-3063 |
| BROTHERHOOD OF LOCOMOTIVE ENGINEERS & TRAINMEN, | ) ) ) | |
| Defendant. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

On March 15, 2006, the Court allowed Defendant Brotherhood of Locomotive Engineers & Trainmen's summary judgment motion. See d/e 16. The Defendant moved the Court to amend the judgment by ordering statutory interest, attorney's fees, etc. See d/e 18. Plaintiff Kansas City Southern Railway Company opposed the Defendant's motion, arguing that the Court should merely affirm the decision of Arbitrator Benn.

The Defendant's requested relief exceeds the scope of Court's

1

March 15, 2006, Opinion.  That Opinion simply decided that Arbitrator Benn's decision was correct.  It awarded no fees, interest, etc.  Those issues were not before the Court; therefore, the March 15, 2006, Judgment should not be amended to include those items.

<u>Ergo</u>, the Court's March 15, 2006, Judgment (d/e 17) is correct as written.  Defendant Brotherhood of Locomotive Engineers & Trainmen's Motion to Alter or Amend Judgment (d/e 18) is DENIED.

This case is CLOSED.

IT IS SO ORDERED.

ENTER:  June 26, 2006

FOR THE COURT:

                                        s/ Richard Mills
                                        United States District Judge